UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SIMON A. MAHANNA and DEBRA ANN MAHANNA, | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) ) Case No. 4:11CV308 JCH |
| U.S. BANK NATIONAL ASSOCIATION, | ) ) ) |
| Defendant(s). | ) |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Extension of Deadlines, filed February 21, 2012. Upon consideration, the Court will grant the motion in part.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Extension of Deadlines (ECF No. 17) is **GRANTED** in part, and lead counsel is granted until **Wednesday, February 29, 2012**, within which to notify the clerk of the agreed choice of neutral selected by the parties, and the date, time and location of the initial ADR Conference. Failure to comply with this Order will result in the Court's directing the Clerk of Court to select a mediator for the parties.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Extension of Time is **DENIED** in all other respects.

Dated this 22nd day of February, 2012.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE